Michael E. **KENNEDY**, Plaintiff–Appellant,

v.

**NCO GROUP, INC.; NCO Financial Systems, Defendants–Appellees.**

No. 13–1240.

United States Court of Appeals, Fourth Circuit.

Submitted: June 20, 2013.

Decided: June 25, 2013.

Michael Edward Kennedy, Appellant Pro Se. Erin O'Brien Millar, Whiteford, Taylor & Preston, LLP, Baltimore, Maryland; Michael David Slodov, Sessions Fishman Nathan & Israel, LLC, Chagrin Falls, Ohio, for Appellees.

Before GREGORY, DUNCAN, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Kennedy appeals the district court's order granting the Defendants' motion to dismiss Kennedy's civil complaint for failure to state a claim. Fed.R.Civ.P. 12(b)(6). We review de novo a district court's dismissal for failure to state a claim, "assuming all well-pleaded, non-conclusory factual allegations in the complaint to be true." *Aziz v. Alcolac, Inc.,* 658 F.3d 388, 391 (4th Cir.2011); *see Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555, 570,

127 S.Ct. 1955, 167 L.Ed.2d 929 (2007) (identifying standard for stating a claim). Having done so, we affirm the judgment of the district court, agreeing that each of Kennedy's claims is either factually or legally deficient.* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We decline to review the first, second, and fifth issues in Kennedy's informal brief because they are based on arguments not made to the district court in the first instance. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993).